UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JONATHAN DONNELL TURNER, <br><br> Plaintiff, <br><br> v. <br><br> NAPH CARE, INC., et al., <br><br> Defendants. | CASE NO. C17-5522 BHS-DWC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 30. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Pierce County Prison Facility's Motion to Dismiss (Dkt. 19) is granted and Pierce County Prison Facility is dismissed from the action.

Dated this 15th day of March, 2018.

BENJAMIN H. SETTLE
United States District Judge