UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JONATHAN DONNELL TURNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAPH CARE INC. and JANEL FRENCH,<br><br>　　　　　Defendants. | CASE NO. C17-5522 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 34. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' Motion for Summary Judgment (Dkt. 21) is granted; and Plaintiff's claims are **DISMISSED with prejudice**.

Dated this 6th day of June, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER